IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Action No. RDB-09-608 |
| NIKOLAOS MAMALIS, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

On August 18, 2021, this Court vacated the Defendant's convictions on Counts Three, Five, and Seven of the Third Superseding Indictment, which charged him with using and carrying a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c). (Memorandum Order, ECF No. 374.) This Court then scheduled the Defendant's resentencing on the remaining counts of conviction. (ECF No. 375.) On this date, this Court sentenced the Defendant to concurrent terms of 20 years of imprisonment on Counts One, Two, Four, and Six of the Third Superseding Indictment. Following the sentencing hearing, this Court addressed the Defendant's Motion for Compassionate Release. (ECF No. 357). For the reasons stated on the record, it is HEREBY ORDERED this 10th day of February, 2022 that the Defendant's Motion for Compassionate Release (ECF No. 357) is DENIED.

_____/s/_____

Richard D. Bennett
United States District Judge

Date: February 10, 2022